# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201800114**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## ASON K. BUTLER
Electrician's Mate Fireman Apprentice (E-2), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Derek Butler, JAGC, USN.
Convening Authority: Commanding Officer, Transient Personnel Unit,
Norfolk, Virginia.
Staff Judge Advocate's Recommendation: Lieutenant Jesse J.
McMurdo, JAGC, USN.
For Appellant: Captain Jeremiah J. Sullivan III, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 10 July 2018

———————————

Before WOODARD, MARKS, and FOIL, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court